UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| FRICK'S MEAT PRODUCTS, INC. </br> d/b/a FRICK'S QUALITY MEATS, INC. </br> </br> Plaintiff, </br> </br> Vs. </br> </br> BOND EQUIPMENT CORP., et al </br> </br> Defendants. | ) </br> ) </br> ) </br> ) Cause No. 4:05CV1409-RWS </br> ) </br> ) </br> ) *So Ordered* </br> ) </br> ) /s/ R.W. Sippel </br> ) 6/27/06 |

**CONSENT JUDGMENT**

COME NOW Defendants Bond Equipment Corp., Christine Swilley, and Wilson Swilley, and consent to the entry of judgment against Bond Equipment Corp., Christine Swilley, and Wilson Swilley, jointly and severally and in favor of Plaintiff Frick's Meat Products, Inc., in the above styled cause as follows:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff Frick's Meat Products, Inc. and against Bond Equipment Corp., Christine Swilley, and Wilson Swilley, jointly and severally, in the amount of $136,000.00. Execution to issue forthwith.

BOND EQUIPMENT CORP.

By: _Christine Swilley_
Print Name: CHRISTINE SWILLEY
Title: Sec/Treas

_Christine Swilley_
Christine Swilley

_Wilson Swilley_
Wilson Swilley

{590328.DOC;3}